IN THE CIRCUIT COURT FOR PINELLAS COUNTY, FLORIDA

MARY RIZZOTTE-HANSEN,

    Plaintiff,

vs.

CASE NO.: 24- 000139-CI

DELSAM PHARMA LLC; and
AMAZON.COM, INC.

    Defendants.
_____/

## AMENDED COMPLAINT

Plaintiff, Mary Rizzotte-Hansen ("Hansen"), sues the defendants, Delsam Pharma LLC ("Delsam"), and Amazon.com, Inc. ("Amazon"), and alleges as follows:

1. This is an action for damages in excess of Fifty Thousand Dollars ($50,000.00), exclusive of interest and costs, arising out of Plaintiff's purchase of Delsam Pharma Artificial Tears ("Delsam Tears") that was manufactured, imported, sold, marketed, labeled, and/or distributed by Defendants.

2. Hansen, is a resident of the State of Florida and Pinellas County, Florida.

3. Delsam is, and at all relevant times was, a New York Limited Liability Company with its operational, managerial, marketing headquarters, and principal place of business located in New York. Delsam is engaged in the business of labeling, packaging, importing, selling, distributing, advertising and/or marketing artificial tears products, including Delsam Tears, throughout the United States, including the State of Florida and Pinellas County.

4. Delsam engaged in substantial and not isolated, continuous and systematic business activities and targeted contacts within the State of Florida. Moreover, Delsam committed tortious acts within the State of Florida, was engaged in solicitation or service activities in Florida, and caused injury to a person within this State with their product, materials,

***ELECTRONICALLY FILED 02/06/2024 04:37:46 PM: KEN BURKE, CLERK OF THE CIRCUIT COURT, PINELLAS COUNTY***

or things processed, sold or manufactured, which were used or consumed within Florida in the ordinary course of commerce, trade, or use.

5. Delsam knew that its products, including Delsam Tears, would be routinely sold and distributed in Florida through various third-party retailers including Amazon. In addition, Delsam advertised and sold Delsam Tears through the Amazon web site, and delivered Delsam Tears to Amazon, in Florida, for sale and distribution to customers in Florida, including Hansen. In addition, this Court has jurisdiction over Delsam because it engaged in continuous and substantial contacts within the State of Florida, purposefully having their activities in Florida, including placement Delsam Tears, into the stream of commerce through various retailers, such as Amazon and Walmart, with the intention of having consumers in Florida, including Hansen, buy those products.

6. Amazon is, and at all relevant times was, a Delaware Corporation with its principal place of business located at 410 Terry Avenue North, Seattle, Washington. Amazon operates, conducts, engages in, or carries on a business or business venture in Florida and in Pinellas County and has an office or agency in Florida to do so. Amazon is engaged in the business of marketing, advertising, and selling a wide variety of products to Florida citizens and delivering those products to Florida citizens from warehouses distributed throughout Florida. In 2022 Amazon marketed, advertised, distributed, and sold Delsam Tears in the State of Florida and Pinellas County.

7. Delsam Tears were imported to the United States and packaged, labeled, distributed, and sold by Delsam in the United States and Florida. In 2022, Delsam routinely and continuously sold and distributed Delsam Tears through various third-party retailers such as Walmart, eBay, and Amazon, who made sales to consumers including Hansen.

8. On December 14, 2022, Hansen purchased a 12-pack of Delsam Tears from Amazon. The 12-pack of Delsam Tears was shipped and delivered by Amazon, from an

Amazon warehouse in Florida, and delivered by Amazon directly to Hansen's residence in Pinellas County on December 15, 2022.

9. Hansen used Delsam Tears, as intended and as reasonably foreseeable by Delsam and Amazon, for a period of several months.

10. On February 2, 2023, the Food and Drug Administration issued a warning to consumers, instructing them not to purchase and to immediately stop using Delsam Tears due to potential bacterial contamination of a drug-resistant strain of *Pseudomonas aeruginosa* bacteria. The manufacturer, Global Pharma Healthcare, initiated a voluntary recall that same day. Delsam Tears, which are intended to be sterile, were recalled by the manufacturer because Delsam Tears were sold and distributed without microbial testing and improper formulation, and had issues which included the absence of necessary preservatives and the lack of proper controls concerning tamper-evident packaging.

11. After Hansen used Delsam Tears for months, Amazon posted an online notice instructing her to stop using and to discard the product, and advised her of the recall.

12. Hansen discovered the recall notice when she logged into her Amazon account to make a purchase, and noticed a "pop up" or "banner" instructing her to discard her Delsam Tears. At no point after the FDA recall, was she contacted directly by Defendants to warn her of the dangerous condition of the product sold and delivered to her, other than via the Amazon web page notice.

13. Hansen stopped using Delsam Tears when she discovered the recall notice when she signed into her Amazon account.

## COUNT ONE
### Strict Product Liability – Delsam Pharma LLC

14. Plaintiff realleges paragraphs 1 through 13.

15. Delsam Tears was defective and were in a condition unreasonably dangerous to consumers, including Hansen, and was expected to and did reach Hansen without substantial change affecting that condition.

16. Delsam Tears was unreasonably dangerous and failed to perform as safely as an ordinary consumer would expect when used as intended or in a manner reasonably foreseeable by Delsam because it was contaminated with a harmful and dangerous bacteria, known as *Pseudomonas aeruginosa* or was otherwise unsafe to use because it would cause injury to the eyes when used as intended or reasonably foreseeable.

17. As a direct and proximate result of the defective and unreasonably dangerous condition described herein, and Hansen's use of Delsam Tears, Hansen suffered an infection in her eye, injury to her cornea, blindness, and suffered physical and mental pain therefrom; all of which injuries are either permanent or continuing in nature.

18. As a direct and proximate result of the above described incident, Hansen has in the past, and will in the future, suffer the following damages: costs and expense of medical care, attention and treatment, the cost and expense of travel necessary to secure said medical care, attention and treatment, and the cost of related medical expenses; physical and mental pain and suffering disability and physical impairment; disfigurement; mental anguish; inconvenience; and loss of capacity for the enjoyment of life.

WHEREFORE, plaintiff, Hansen, sues Defendant, Delsam Pharma LLC, for compensatory damages and costs of this action and demands trial by jury of all matters triable as of right by a jury

## COUNT TWO
## Strict Product Liability – Amazon.com, Inc.

19. Plaintiff realleges paragraphs 1 through 13.

20. Delsam Tears was defective and were in a condition unreasonably dangerous to consumers, including Hansen, and was expected to and did reach Ms. Hansen without substantial change affecting that condition.

21. Delsam Tears was unreasonably dangerous and failed to perform as safely as an ordinary consumer would expect when used as intended or in a manner reasonably foreseeable by Delsam because it was contaminated with a harmful and dangerous bacteria, known as *Pseudomonas aeruginosa* or was otherwise unsafe to use because it would cause injury to the eyes when used as intended or reasonably foreseeable.

22. As a direct and proximate result of the defective and unreasonably dangerous condition described herein, and Hansen's use of Delsam Tears, Hansen suffered an infection in her eye, injury to her cornea, blindness, and suffered physical and mental pain therefrom; all of which injuries are either permanent or continuing in nature.

23. As a direct and proximate result of the above described incident, Hansen has in the past and will in the future suffer the following damages: costs and expense of medical care, attention and treatment, the cost and expense of travel necessary to secure said medical care, attention and treatment, and the cost of related medical expenses; physical and mental pain and suffering disability and physical impairment; disfigurement; mental anguish; inconvenience; and loss of capacity for the enjoyment of life.

WHEREFORE, plaintiff, Hansen, sues Defendant, Amazon.com Inc., for compensatory damages and costs of this action and demands trial by jury of all matters triable as of right by a jury.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 6, 2024, I electronically filed the foregoing with the Clerk of the Court by using the Florida Courts E-Filing Portal and a copy has been sent by electronic delivery to: Nicole Walsh, nicole.walsh@hwhlaw.com, 101 E. Kennedy Blvd., Suite 3700 Tampa, FL 33602; and Kaeanna Dzialo, kdzialo@ulmer.com, 312 Walnut Street, Suite 1400 Cincinnati, Ohio 45202.

WAGNER, McLAUGHLIN & WHITTEMORE
A Professional Association
601 Bayshore Boulevard, Suite 910
Tampa, FL 33606
(813) 225-4000 (Telephone)
Primary E-mail:     AlanWagner@WagnerLaw.com
Secondary E-mail:   Angela@WagnerLaw.com
Attorneys for Plaintiff

By_____
Alan F. Wagner
Florida Bar No.: 0374105